FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JOHN S. HUDNALL,

   *Plaintiff - Appellant*,

 v.

LELAND DUDEK, Acting
Commissioner of Social Security,

   *Defendant - Appellee*.

No. 23-3727

D.C. No.
4:22-cv-02864-
DMR

ORDER

Filed April 7, 2025

Before: Susan P. Graber, Michelle T. Friedland, and Patrick
J. Bumatay, Circuit Judges.

## ORDER

The opinion filed on March 7, 2025, and published at 130
F.4th 668 (9th Cir. 2025), is hereby vacated and withdrawn.

**IT IS SO ORDERED.**